In the Matter of FIFTH MADISON CORPORATION, Appellant and Respondent. MAURICE T. GILDEN et al., Respondents; J. B. DOBLIN, INC., et al., Respondents and Appellants.

In the Matter of FIFTH MADISON CORPORATION, Appellant. ARTHUR MURRAY, INC., Respondent.

Argued October 16, 1950; decided November 22, 1950.

*Peter Forrest* for petitioner-appellant.

*Louis H. Levin,* respondent and appellant in person.

*John E. Donnelly, Dorothy B. Appel, Leon Samuels, Jack C. Wilner, Robert Rosenthal,* and *Morris I. Price, Harvey C. Price* and *Virginius V. Zipris* for Peter J. McCoy and others, respondents and appellants.

*Mendel Lurie* and *David A. Teichman* for Arthur Murray, Inc., respondent.

*Per Curiam.* In ascertaining the amount of the gross income realized by the landlord on the subject property, it is essential to consider and rely upon — as the Appellate Division did — the rents being received by the landlord as of the date the rent fixation proceeding was begun. We pass upon no other question.

The orders of Appellate Division should be affirmed, with costs. Cross appeals of the several tenants should be dismissed on the ground that they are not parties aggrieved.

LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ., concur.

Orders affirmed, etc.